### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

ROBERT COTNER,              )
                                       )
              Petitioner,     )
                                       )
vs.                                  )     Case No. CIV-12-1368-M
                                     )
WARDEN McCOLLUM,       )
                                     )
              Respondent.   )

### ORDER

On April 4, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's § 2241 habeas application be dismissed with prejudice as abusive of the writ of habeas corpus. Petitioner was advised of his right to object to the Report and Recommendation by April 22, 2013. On April 18, 2013, petitioner filed a "Motion to Deem Confessed True from First Objection to Magistrates Report and Recommendation and Amended Coram Nobis 28 U.S.C.)(2241 Habeas Application and Petition for Writ of Ad Testificandum)," a "Motion to Find Seegars Violation Warrants 2241 Habeas Relief," a "Motion to Overrule Magistrate's Report and Recommendation and Denie [sic] Any Request to Dismiss, and Set Matter for a Hearing," and a "Brief in Support of Objection to Magistrates Report and Recommendation."

Having reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 16] issued by the Magistrate Judge on April 4, 2013;

(2) DENIES petitioner's "Motion to Deem Confessed True from First Objection to Magistrates Report and Recommendation and Amended Coram Nobis 28 U.S.C.)(2241 Habeas Application and Petition for Writ of Ad Testificandum)"

[docket no. 22] and petitioner's "Motion to Find Seegars Violation Warrants 2241 Habeas Relief" [docket no. 23], and

(3)     DISMISSES this action with prejudice as abusive of the writ of habeas corpus.

**IT IS SO ORDERED this 25th day of April, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE